UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY, on behalf of herself and all others similarly situated, | CASE NO. 2:10-CV-03060-MCE-KJN<br>Hon. Morrison C. England, Jr.<br>Crtrm. 7 |
| Plaintiff, | **CLASS ACTION** |
| vs. | **ORDER GRANTING DEFENDANT SENTRY CREDIT, INC.'S *EX PARTE* APPLICATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO STIPULATION** |
| SENTRY CREDIT, INC., | |
| Defendant. | |
| | Action Filed:     11/12/2010<br>Trial Date:       5/6/2013 |

Defendant SENTRY CREDIT, INC.'s (hereinafter "Defendant") *Ex Parte* Application to Transfer Venue to the United States District Court, Southern District of California Pursuant to Stipulation has been considered by the Court.  IT IS HEREBY ORDERED:

LEWIS
BRISBOIS
RISGAARD

4839-7350-3503.1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

1    1.    This action is transferred to the United States District Court for the

2  Southern District of California.

3    2.  The parties' discovery obligations shall proceed unabated during the

4  pendency of this transfer.  Any discovery dispute will be heard by the United States

5  District Court for the Southern District of California once this transfer is completed.

6

7    IT IS SO ORDERED.

8

9  Dated:  May 21, 2012

10  _____

11  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16  _____

17

18

19

20

21

22

23

24

25

26

27

28  4839-7350-3503.1 Langley Proposed Order re venue.doc 4836-4084-1487.1 1
                                        2

LEWI
S
BRISBOI
S