UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SENTRY CREDIT, INC.,<br><br>Defendant. | CASE NO. 2:10-CV-03060-MCE-KJN<br>Hon. Morrison C. England, Jr.<br>Crtrm. 7<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT SENTRY CREDIT, INC.'S *EX PARTE* APPLICATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO STIPULATION**<br><br>Action Filed:   11/12/2010<br>Trial Date:       5/6/2013 |

Defendant SENTRY CREDIT, INC.'s (hereinafter "Defendant") *Ex Parte* Application to Transfer Venue to the United States District Court, Southern District of California Pursuant to Stipulation has been considered by the Court. IT IS HEREBY ORDERED:

LEWIS BRISBOIS

4839-7350-3503.1

[PROPOSED} ORDER GRANTING EX PARTE APPLICATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

1. This action is transferred to the United States District Court for the Southern District of California.

2. The parties' discovery obligations shall proceed unabated during the pendency of this transfer. Any discovery dispute will be heard by the United States District Court for the Southern District of California once this transfer is completed.

IT IS SO ORDERED.

Dated: May 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE